IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERRY PATTERSON,

    Petitioner,

v.                                                             CASE NO. 4:09-cv-00238-MP-WCS

TERRY DUFFEY,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, which recommends that this action be transferred to the United States District Court for the Northern District of Georgia, for all further proceedings. The Magistrate filed the Report on August 14, 2009. Plaintiff has filed no objection to the Report, and the time to do so has passed. Upon consideration, the Court agrees with the Magistrate that the Northern District of Georgia is the appropriate venue for this action. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 4, is ADOPTED and incorporated herein.

2.     This cause is TRANSFERRED in the interest of justice, pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), to the United States District Court for the Northern District of Georgia, for all further proceedings.

    **DONE AND ORDERED** this _22nd_ day of September, 2009



                                        *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge